IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| Jane Doe, ) | Civil Action No. 2:10-cv-2961-DCN |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER EXTENDING** |
| ) | **DEFENDANT'S DEADLINE FOR** |
| Northwestern Mutual Life Insurance ) | **DISCLOSURE OF EXPERT** |
| Company, ) | **WITNESSES** |
| ) | |
| Defendant. ) | |
| ) | |

BEFORE THIS COURT is Defendant Northwestern Mutual Life Insurance Company's request for a 10-day extension to its October 11, 2011 deadline for disclosure of expert witnesses. The Plaintiff consents to the extension, without prejudice to her arguments in opposition to Defendant's pending Motion to Amend [Dkt. No. 27].

NOW THEREFORE, the Court hereby grants the extension of Defendant's expert disclosure deadline until October 21, 2011.

**AND IT IS SO ORDERED.**

_____
David C. Norton
Chief United States District Judge

October 7, 2011
Charleston, South Carolina